BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $8,520.00 IN U.S. CURRENCY,<br><br>            Defendant. | 1:15-CV-01727-LJO-SKO<br><br>DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |

This matter came before the Honorable Magistrate Sandra M. Snyder on the United States' *ex parte* motion for default judgment, ECF No. 9.  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion.  The Magistrate Judge has recommended that the United States' motion be granted.  See ECF No. 12.  Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1.    The Magistrate Judge's Findings and Recommendations, ECF No. 12, are ADOPTED herein.

2.    Moses Rivera and Mindy Guinn are held in default.

///

3.   A judgment by default is hereby entered against any right, title, or interest of Moses Rivera and Mindy Guinn in the defendant currency referenced in the above caption.

4.   A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law.

5.   All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **April 7, 2016**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE